USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/30/2025__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

JAMIL BANKS,

Defendant.

**21 CR 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On December 29, 2025, counsel for the above-named Defendant submitted a letter to the Court requesting that counsel be provided Defendant's prior case files, including Presentence reports from prior federal cases, any and all documents pertaining to Defendant's criminal history cited in those reports, and other reports summarizing Defendant's supervision adjustment. For records in the Probation Department's possession, the Court directs defense counsel to submit the request directly to the Probation Department. For access to Presentence reports, the Court directs defense counsel to submit a letter to the presiding District Court Judge in the relevant federal cases, as it is within that Judge's discretion whether to release the Presentence reports.

**SO ORDERED.**

1

Dated:      30 December 2025
            New York, New York

_____
                              Victor Marrero
                                U.S.D.J.