USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/21/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES,

Plaintiff,

- against -

JAMIL BANKS,

Defendant.

**21-CR-93-21 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the Omnibus Pretrial Motion of Defendant Jamil Banks ("Banks") (see Dkt. Nos. 597-99 (collectively, the "Motion")), the Government's Response, (see Dkt. No. 619), and Banks's Reply (see Dkt. No. 659).

Banks has moved for, among other things, this Court to order the Government to produce a bill of particulars. (See Dkt. 599 at 9-10.) This Court has already ordered the Government to produce bills of particulars to all defendants on all counts in this case. (See Dkt. No. 326 at 36:1-7 (Transcript of Pretrial Conference Held Mar. 21, 2025).) The Government represented that it produced bills of particulars for all parties as of April 11, 2025. (See Dkt. No. 381 at 9:19-25 (Transcript of Proceedings Held May 16, 2025).) However, Banks was not arrested until after that date, i.e., on April 23, 2025. (See Text Entry Dated Apr. 23, 2025.)

It is unclear from the parties briefing whether the Government has already provided Banks with a bill of particulars and, therefore, whether his Motion requests an additional bill of particulars. Accordingly, it is hereby

**ORDERED** that the parties shall submit a joint letter within fourteen (14) days of this order, not to exceed three (3) pages in length per side, detailing each party's position as to (i) whether the Government has already produced a bill of particulars to Banks; and (ii) if so, why that bill of particulars is or is not sufficient to defend against the charges or interpose a plea of double jeopardy; and it is further

**ORDERED** that the parties may submit the bill of particulars, if any, as an exhibit to the letter, but shall first come to an agreement as to whether that document should be filed under seal.

**SO ORDERED.**

Dated: 21 September 2026
New York, New York

Victor Marrero
U.S.D.J.